UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| - v. - | : | **UNSEALING ORDER** |
| ROSIE TINEO, and<br>LEDYS LIZ, | : | 08 Cr. 671 |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - x

WHEREAS, the above-captioned indictment was returned on July 22, 2008 and, upon application of the Government, ordered to be filed under seal; and

WHEREAS the Government has requested that the above-captioned indictment be unsealed;

IT IS HEREBY ORDERED, that, the indictment docketed as 08 Cr. 671 be unsealed.


Dated: New York, New York
       August 13, 2008

SO ORDERED:

_____
HONORABLE HENRY PITMAN
CHIEF UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 13 2008